PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE WILLIAM WHITTINGTON,<br><br>Defendant. | CASE NO. 2:23-CR-00134-DAD<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE: November 5, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, and Philip Cozens, counsel for defendant George William Whittington, that the admit/deny hearing scheduled for November 5, 2024, be continued to **February 3, 2025, at 9:30 a.m.**

The petition filed by probation is a new law violation based on conduct of the defendant's pending case in Sacramento County. *See* ECF 3. This pending case has a jury trial currently scheduled for January 21, 2025 in Sacramento County Superior Court. The disposition of the defendant's state case will likely determine the outcome of the pending petition. The requested continuance will allow the time necessary for the defendant and his attorney to determine how best to proceed in this case. Accordingly, the parties request that the admit/deny hearing in this matter be reset for February 3, 2025.

///

Respectfully submitted,

Dated: November 4, 2024              PHILLIP A. TALBERT
                                     United States Attorney


                                     /s/ WHITNEE GOINS
                                     WHITNEE GOINS
                                     Assistant United States Attorney


Dated: November 4, 2024              /s/ PHILIP COZENS
                                     PHILIP COZENS
                                     Attorney for Defendant
                                     GEORGE WILLIAM
                                     WHITTINGTON


**O R D E R**

**IT IS HEREBY ORDERED** that the admit/deny hearing currently scheduled for November 5, 2024, at 9:30 a.m. is continued to **February 3, 2025, at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  **November 4, 2024**            _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

2