Philip Cozens, State Bar Number 84051
701 University Avenue, Suite 701
Sacramento, CA 95825

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant George Whittington

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:23-CR-00134 |
|---|---|---|
| | ) | |
| | ) | STIPULATION |
| | ) | TO CONTINUE THE STATUS |
| Plaintiff, | ) | CONFERENCE AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE WHITTINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Whitnee Goins, Esq. and Defendant George Whittington through his attorney Philip Cozens, Esq., that:

    The Status Conference hearing, currently scheduled for February 3, 2025 at 9:30 a.m. in Judge Drozd's Court, be re-scheduled for April 14, 2025 at 9:30 a.m. in Judge Drozd's Court. The stipulated continuance is necessary because the factual basis for Defendant George Whittington's violation will be on trial on March 17, 2025 in Sacramento Superior Court. The parties anticipate that the result of the trial will determine whether the government continues to prosecute the violation of supervised release.

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE   -1-

1   Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the
2   ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be
3   excluded from speedy trial calculations from February 3, 2025 through and including April 14, 2025.
4   It is so stipulated.

5   Dated: January 27, 2025                /s/ Whitnee Goins, Esq._____
6                                           Whitnee Goins, Esq.
7                                           Assistant United States Attorney
8                                           Eastern District of California

11                                          /s/ Philip Cozens_____
12                                          Philip Cozens
13                                          Attorney at Law
14                                          Attorney for Defendant George Whittington

17                                  **ORDER**

18  The court, having read and considered the above-stipulation and finding good cause therefore,
19  orders that the Status Conference currently scheduled for February 3, 2025 at 9:30 a.m. in Judge Drozd's
20  Court, be re-scheduled for April14, 2025 at 9:30 a.m. in Judge Drozd's Court. Time is excluded for
21  defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh
22  the Defendants' and the public's interest in a speedy trial. Time will be excluded from speedy trial
23  calculations from February 3, 2025 through and including April14, 2025.

25  IT IS SO ORDERED.

27  Dated:   **January 29, 2025**           _____
28                                          DALE A. DROZD
29                                          UNITED STATES DISTRICT JUDGE

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE    -2-