MICHELE BECKWITH
Acting United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE WILLIAM WHITTINGTON,<br><br>Defendant. | CASE NO. 2:23-CR-00134-DAD<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE: April 14, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, and Philip Cozens, counsel for defendant George William Whittington, that the admit/deny hearing scheduled for April 14, 2025, be continued to **June 9, 2025, at 9:30 a.m.**

The petition filed by probation is a new law violation based on conduct of the defendant's pending case in Sacramento County. *See* ECF 3. This pending case has a jury trial currently scheduled for May 19, 2025 in Sacramento County Superior Court. The disposition of the defendant's state case will likely determine the outcome of the pending petition. The requested continuance will allow the time necessary for the defendant and his attorney to determine how best to proceed in this case. Accordingly, the parties request that the admit/deny hearing in this matter be reset for June 9, 2025.

///

Respectfully submitted,

Dated: April 9, 2025                                    MICHELE BECKWITH
                                                        Acting United States Attorney


                                                        /s/ WHITNEE GOINS
                                                        WHITNEE GOINS
                                                        Assistant United States Attorney


Dated: April 9, 2025                                    /s/ PHILIP COZENS
                                                        PHILIP COZENS
                                                        Attorney for Defendant
                                                        GEORGE WILLIAM
                                                        WHITTINGTON

**O R D E R**

**IT IS HEREBY ORDERED** that the admit/deny hearing currently scheduled for April 14, 2025, at 9:30 a.m. is continued to **June 9, 2025, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: **April 11, 2025**                               _____
                                                        DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE

2