MICHELE BECKWITH
Acting United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>GEORGE WILLIAM WHITTINGTON,<br><br>           Defendant. | CASE NO. 2:23-CR-00134-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: ADMIT/DENY HEARING<br><br>DATE: June 9, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, and Philip Cozens, counsel for defendant George William Whittington, that the status conference hearing scheduled for June 9, 2025, be continued to **September 15, 2025, at 9:30 a.m.**

The petition filed by probation is a new law violation based on conduct of the defendant's pending case in Sacramento County. *See* ECF 3. The pending case has a jury trial currently scheduled for September 2, 2025 in Sacramento County Superior Court. The disposition of the defendant's state case will likely determine the outcome of the pending petition. The requested continuance will allow the time necessary for the defendant and his attorney to determine how best to proceed in this case.

/ / /

/ / /

/ / /

1

Accordingly, the parties request that the status conference hearing in this matter be reset for September 15, 2025.

Respectfully submitted,

| | |
|---|---|
| Dated: June 4, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ WHITNEE GOINS<br>WHITNEE GOINS<br>Assistant United States Attorney |
| Dated: June 4, 2025 | /s/ PHILIP COZENS<br>PHILIP COZENS<br>Attorney for Defendant<br>GEORGE WILLIAM<br>WHITTINGTON |

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference hearing currently scheduled for June 9, 2025, at 9:30 a.m. is continued to **September 15, 2025, at 9:30 a.m.**

Dated: June 5, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE